IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE ISAACSON,

    Plaintiff,                          No. CIV S-09-0017 MCE DAD PS

    vs.

SHAWN BERRIGAN, et al.,          ORDER

    Defendants.

_____/

        Plaintiff is proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On March 12, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within seven days.  Plaintiff has filed timely objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the order and findings and recommendations to be supported by the record and by proper analysis.

/////

1

1  Plaintiff has included in his objections a motion for an extension of time to file "a
2  more complete and consice [sic] answer" to the magistrate judge's findings and
3  recommendations. (Pl.'s Objections at 2.) Plaintiff has articulated his objections, and the court
4  has conducted a de novo review of the case. Plaintiff's motion for an extension of time of
5  unspecified length is therefore denied.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1. Plaintiff's request for an extension of time to file more complete objections is
8  denied as unnecessary;

9  2. The findings and recommendations filed March 12, 2010 (Doc. No. 22) are
10 adopted in full;

11 3. Defendant Bauman's May 29, 2009 motion to dismiss (Doc. No. 7), in which
12 all other defendants have joined, is granted;

13 4. Plaintiff's complaint is dismissed with prejudice; and

14 5. The Clerk of the Court is directed to close the case.

Dated: April 2, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE